# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### DESIGNATION FORM
*(to be used by counsel to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

**Address of Plaintiff:** 1031 Cedarbrook Lane, Pennsburg, PA 18073

**Address of Defendant:** Kia America, Inc., 111 Peters Canyon Road, Irvine, CA 92606; Kia Corporation, Seoul, Republic of Korea; LexisNexis Risk Solutions, Inc., 1000 Alderman Dr., Alpharetta, GA 30005

**Place of Accident, Incident or Transaction:** Montgomery Cty., PA

---

*RELATED CASE IF ANY:*

Case Number: n/a    Judge: n/a    Date Terminated: n/a

Civil cases are deemed related when **Yes** is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes [ ]   No [X]
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit Pending or within one year previously terminated action in this court?   Yes [ ]   No [X]
3. Does this case involve the validity or infringement of a patent already in suit or any earlier Numbered case pending or within one year previously terminated action of this court?   Yes [ ]   No [X]
4. Is this case a second or successive habeas corpus, social security appeal, or pro se case filed by the same individual?   Yes [ ]   No [X]

I certify that, to my knowledge, the within case [ ] is / [X] is not related to any now pending or within one year previously terminated action in this court except as note above.

DATE: 4/9/2024    *Ruben Honik* (signature)    Attorney I.D. #: 33109

---

**Civil (Place a √ in one category only)**

**A. Federal Question Cases:**
1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Wage and Hour Class Action/Collective Action
6. Patent
7. Copyright/Trademark
8. Employment
9. Labor-Management Relations
10. Civil Rights
11. Habeas Corpus
12. Securities Cases
13. Social Security Review Cases
14. Qui Tam Cases
15. [X] All Other Federal Question Cases. *(Please specify)*: 15 U.S.C. 1681, et seq.

**B. Diversity Jurisdiction Cases:**
1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. Other Personal Injury *(Please specify)*:
7. Products Liability
8. [X] All Other Diversity Cases: *(Please specify)* 28 USC 1332 (CAFA, state law claims)

---

### ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, Ruben Honik, counsel of record *or* pro se plaintiff, do hereby certify:

[X] Pursuant to Local Civil Rule 53.2 § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: 4/9/2024    *Ruben Honik* (signature)    Attorney ID #: 33109

NOTE: A trial de novo will be a jury only if there has been compliance with F.R.C.P. 38.